JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONIQUE L. MILLER, | ) | No. 5:19-cv-01169-RGK-SP |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| SENTRY CREDIT, INC.. | ) | |
| Defendant(s). | ) | |

Based on the Defendant's motion to proceed by way of binding arbitration, and Plaintiff's non-opposition, IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: October 18, 2019

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**